IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) Nos. | 3:09-cr-00240-3 |
| | ) | 3:09-cr-00240-8 |
| v. | ) | 3:09-cr-00240-9 |
| | ) | 3:09-cr-00240-10 |
| PAUL MCQUIDDY, MONTERIUS POLLARD, | ) | 3:09-cr-00240-11 |
| CECIL WHITMON, III, | ) | 3:09-cr-00240-17 |
| MICHAEL DEVONN DAVIS, | ) | |
| TIERRA YOUNG, LEONARD BAUGH, | ) | Judge Nixon |

## ORDER

Pending before the Court are various motions by Defendants Cecil Whitmon, III, Leonard Baugh, Paul McQuiddy, Michael Devonn Davis, Tierra Young, and Monterius Pollard to join Defendant Omega Harris's Motion to Dismiss the Eighth Superseding Indictment for Violation of Speedy Trial Act Rights and Memorandum in Support ("Motion to Dismiss) (Doc. Nos. 1104-05). (Doc. Nos. 1118-19, 1125, 1139, 1146, 1160.) Defendant Harris filed the Motion to Dismiss on May 21, 2012, and it is currently pending before the Court. (Doc Nos. 1104-05.)

The arguments made by Defendant Harris in his motion apply equally to the above-captioned Defendants. (*See id.*) Accordingly, the Court **GRANTS** the motions to join by Defendants Whitmon, Baugh, McQuiddy, Davis, Young, and Pollard.

It is so ORDERED.

Entered this the 26th day of September, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT