# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| | ) | **No. 3:09-cr-00240-3** |
| **UNITED STATES OF AMERICA** | ) | **3:09-cr-00240-4** |
| | ) | **3:09-cr-00240-6** |
| **v.** | ) | **3:09-cr-00240-9** |
| | ) | **3:09-cr-00240-11** |
| **PAUL MCQUIDDY; HOWARD COLEMAN;** | ) | **3:09-cr-00240-15** |
| **THOMAS BRANUM; CECIL WHITMON III;** | ) | **3:09-cr-00240-16** |
| **TIERRA YOUNG; ANTONIO LEE;** | ) | **3:09-cr-00240-17** |
| **OMEGA HARRIS; LEONARD BAUGH;** | ) | **3:09-cr-00240-23** |
| **PATRICK SCOTT; ANTHONY JOHNSON** | ) | **3:09-cr-00240-25** |
| | ) | **Judge Nixon** |

## ORDER

Pending before the Court is Defendants Leonard Baugh and Paul McQuiddy's Joint Motion

for Government to Produce its Exhibit and Witness Lists in Anticipated Chronological Order

("Motion"). (Doc. No. 1689.) The Court heard arguments on the Motion on January 22, 2013, and

finds the Motion should apply to all Defendants set for trial on January 29, 2013.

Having considered the parties' arguments, the Court **GRANTS** the Motion insofar as the

Government shall, to the best of its ability, inform Defendants of which witnesses it intends to call

to testify and of which exhibits it intends to introduce, as soon as it determines the information, but

no later than one day before calling the witnesses or introducing the exhibits. The duty on the part

of the Government is ongoing; as the Government's anticipated witness list evolves over the course

of trial, it shall continue to supply Defendants with amended information.

It is so ORDERED.

Entered this the 25ᵗʰ day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT