# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:09-cr-00240-3 |
| | 3:09-cr-00240-4 |
| | 3:09-cr-00240-6 |
| v. | 3:09-cr-00240-9 |
| | 3:09-cr-00240-11 |
| PAUL MCQUIDDY; HOWARD COLEMAN; | 3:09-cr-00240-15 |
| THOMAS BRANUM; CECIL WHITMON III; | 3:09-cr-00240-16 |
| TIERRA YOUNG; ANTONIO LEE; | 3:09-cr-00240-17 |
| OMEGA HARRIS; LEONARD BAUGH; | 3:09-cr-00240-23 |
| PATRICK SCOTT; ANTHONY JOHNSON | 3:09-cr-00240-25 |
| | Judge Nixon |

## ORDER

Pending before the Court are Defendants Leonard Baugh, Paul McQuiddy, and Antonio Lee's Motions to Return Defendants ("Motions"). (Doc. Nos. 1774; 1777.) Defendants state that as of January 24, 2013, all above-captioned male Defendants had been moved from various detention facilities to the Davidson County Criminal Justice Center ("CJC"), where they are to be housed in maximum security segregation through trial. (*Id.*) Defendants argue that because they were not allowed to bring their legal materials to CJC and because being housed together in segregation has resulted in severe restrictions in access to counsel, they should be returned to their prior detention facilities and allowed to remain in general population. (*Id.*)

Given the seriousness of the issues raised in the Motions and their potential impact on all above-captioned Defendants' abilities to assist counsel, the Court determines a hearing is necessary. The Court shall address the Motions prior to the start of trial on **Tuesday, January 29, 2013**, at **9:00 a.m.**

It is so ORDERED.

Entered this the 25 day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT