IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:09-cr-00240-3 |
| | ) | 3:09-cr-00240-4 |
| | ) | 3:09-cr-00240-6 |
| v. | ) | 3:09-cr-00240-9 |
| | ) | 3:09-cr-00240-11 |
| PAUL MCQUIDDY; HOWARD COLEMAN; | ) | 3:09-cr-00240-15 |
| THOMAS BRANUM; CECIL WHITMON III; | ) | 3:09-cr-00240-16 |
| TIERRA YOUNG; ANTONIO LEE; | ) | 3:09-cr-00240-17 |
| OMEGA HARRIS; LEONARD BAUGH; | ) | 3:09-cr-00240-23 |
| PATRICK SCOTT; ANTHONY JOHNSON | ) | 3:09-cr-00240-25 |
| | ) | Judge Nixon |

## ORDER

Pending before the Court is Defendant Paul McQuiddy's Motion to Permit Defense Attorneys to Choose Order of Presentation ("Motion"), in which he requests defense counsel be permitted to determine, among themselves, the order in which they conduct *voir dire* and present opening statements, witness examination, and closing statements. (Doc. No. 1701.) The Court **GRANTS** the Motion. Defense counsel shall be permitted to determine among themselves the order in which they present their clients' respective cases.

It is so ORDERED.

Entered this the ___ day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT