IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:09-cr-00240-3 |
| | ) | 3:09-cr-00240-4 |
| | ) | 3:09-cr-00240-6 |
| v. | ) | 3:09-cr-00240-9 |
| | ) | 3:09-cr-00240-11 |
| PAUL MCQUIDDY; HOWARD COLEMAN; | ) | 3:09-cr-00240-15 |
| THOMAS BRANUM; CECIL WHITMON III; | ) | 3:09-cr-00240-16 |
| TIERRA YOUNG; ANTONIO LEE; | ) | 3:09-cr-00240-17 |
| OMEGA HARRIS; LEONARD BAUGH; | ) | 3:09-cr-00240-23 |
| PATRICK SCOTT; ANTHONY JOHNSON | ) | 3:09-cr-00240-25 |
| | ) | Judge Nixon |

## ORDER

Pending before the Court is Defendants Leonard Baugh and Paul McQuiddy's Joint Motion for Government Witnesses to Remain Under Subpoena Until the Conclusion of the Defense Proof ("Motion"). (Doc. No. 1802.) The Court **GRANTS** the Motion. The Government's witnesses shall remain under subpoena through the close of Defendants' proof at trial.

It is so ORDERED.

Entered this the 29 day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT