IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:09-cr-00240-3 |
| | ) | 3:09-cr-00240-4 |
| | ) | 3:09-cr-00240-6 |
| v. | ) | 3:09-cr-00240-9 |
| | ) | 3:09-cr-00240-11 |
| PAUL MCQUIDDY; HOWARD COLEMAN; | ) | 3:09-cr-00240-15 |
| THOMAS BRANUM; CECIL WHITMON III; | ) | 3:09-cr-00240-16 |
| TIERRA YOUNG; ANTONIO LEE; | ) | 3:09-cr-00240-17 |
| OMEGA HARRIS; LEONARD BAUGH; | ) | 3:09-cr-00240-23 |
| PATRICK SCOTT; ANTHONY JOHNSON | ) | 3:09-cr-00240-25 |
| | ) | Judge Nixon |

### ORDER

Pending before the Court is Defendant Paul McQuiddy's Motion to Permit Use of Computers, Tablets, and Similar Electronic Devices in Courtroom During Trial ("Motion"), requesting permission for all defense and Government counsel to bring and use such devices during trial. (Doc. No. 1770.) The Court **GRANTS** the Motion. Counsel for all Defendants and the Government shall be permitted to use computers, tablets, and similar electronic devices during trial.

It is so ORDERED.

Entered this the 29 day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT