# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. 3:09-cr-00240-3 |
| | ) | 3:09-cr-00240-4 |
| | ) | 3:09-cr-00240-6 |
| v. | ) | 3:09-cr-00240-9 |
| | ) | 3:09-cr-00240-11 |
| **PAUL MCQUIDDY; HOWARD COLEMAN;** | ) | 3:09-cr-00240-15 |
| **THOMAS BRANUM; CECIL WHITMON III;** | ) | 3:09-cr-00240-16 |
| **TIERRA YOUNG; ANTONIO LEE;** | ) | 3:09-cr-00240-17 |
| **OMEGA HARRIS; LEONARD BAUGH;** | ) | 3:09-cr-00240-23 |
| **PATRICK SCOTT; ANTHONY JOHNSON** | ) | 3:09-cr-00240-25 |
| | ) | **Judge Nixon** |

## ORDER

Pending before the Court are Defendants Paul McQuiddy's and Leonard Baugh's Motions to Prohibit Irrelevant and Prejudicial Proof ("Motions"), in which they request that the Court prohibit the Government from referencing or introducing at trial, evidence of Defendants uncharged criminal conduct or the criminal activities of persons not on trial. (Doc. Nos. 1771; 1811.) The Court heard arguments on the Motions on January 30, 2013.

Having considered the parties' arguments, the Court **DEFERS** ruling on the Motions. The Court **DIRECTS** the Government to give Defendants a reasonable period of notice before it introduces evidence against Defendants under Federal Rule of Evidence 404(b) or evidence of criminal activities of persons not on trial, at which time Defendants may raise objections and reassert their Motions.

It is so ORDERED.

Entered this the 17^(r) day of ~~January~~ February, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT