IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-3 |
| v. ) | |
| ) | Judge Nixon |
| PAUL MCQUIDDY ) | |

## ORDER

Pending before the Court are the following motions filed by Defendant Paul McQuiddy: Motion to Sever from Newly Added Defendants and Any Defendants Who Need More Time to Prepare for Trial (Doc. No. 768); Second Motion to Sever from Newly Added Defendants and Any Defendants Who Need More Time to Prepare for Trial (Doc. No. 843); Motion to Reassert Pending Motions (Doc. No. 979); Joint Motion to Designate Counts and/or Defendants for Trial on August 14, 2012 (Doc. No. 1186); Second Motion to Reassert Pending Motions and to Request Rulings (Doc. No. 1233); Second Motion to Review Continued Detention and to Authorize Pre-Trial Release (Doc. No. 1258); Amended Motion to Sever Counts and Defendants (Doc. No. 1465); Joint Motion to Exclude Inadmissible Hearsay Contained in Recorded Phone Calls (Doc. No. 1700); Motion to Prevent Jury from Knowing Defendants are in Custody, in Shackles, or Otherwise Not at Liberty (Doc. No. 1702); Motion to Prevent Introduction of Evidence that was Not Properly Disclosed by the Government Prior to Trial (Doc. No. 1703); Motion to Exclude all 404(b) Proof (Doc. No. 1704); Motion to Require that the Only Evidence Presented Come from the Witness Stand (Doc. No. 1705); Motion to Prohibit Presentation of Telephone Transcripts to the Jury (Doc. No. 1706); and Motion to Prohibit Irrelevant and Prejudicial Proof (Doc. No. 1771). Additionally, Mr. McQuiddy has joined the following

1

motions which remain pending as to him: Motion for Co-Conspirator Statements (Doc. No. 933) and Joint Motion to Return Defendants (Doc. No. 1774).

The Court accepted Mr. McQuiddy's Petition to Enter a Plea of Guilty (Doc. No. 1908) and sentenced Mr. McQuiddy on February 4, 2013 (Doc. No. 1903). Therefore, Mr. McQuiddy's Motions (Doc. Nos. 768; 843; 933; 979; 1186; 1233; 1258; 1465; 1700; 1702–06; 1771; 1774) are **TERMINATED as MOOT**.

It is so ORDERED.

Entered this the 12th day of February, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT