**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:09-cr-00240-3 |
| | ) | Judge Nixon |
| PAUL McQUIDDY | ) | |

## ORDER

The Defendant Paul McQuiddy's Motion to Extend the Filing Deadline (Doc. No. 2972) is hereby **GRANTED**. Counsel for Defendant shall have a one-week extension to file the supplemental brief.

It is so ORDERED.

Entered this the 25th day of October, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT